UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § 
 § 
SHELTON, LORI § Case No. 10-56005
 § 
          Debtor(s) § 

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 05/30/2014 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
                                         Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SHELTON, LORI | § | Case No. 10-56005 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 16,231.39 |
| and approved disbursements of | $ | 642.71 |
| leaving a balance on hand of[1] | $ | 15,588.68 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,373.14 | $ 0.00 | $ 2,373.14 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 60.90 | $ 60.90 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,373.14 |
| Remaining Balance | $ | 13,215.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 113,347.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Louis Nuzzo d/b/a LGL Electric<br>David A Brauer Esq<br>165 West Tenth St<br>Chicago Heights IL 60411 | $ 10,110.34 | $ 0.00 | $ 1,178.80 |
| 000002 | Discover Bank, DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 17,354.84 | $ 0.00 | $ 2,023.46 |
| 000003 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 23,391.09 | $ 0.00 | $ 2,727.25 |
| 000004 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,TX 75374 | $ 490.02 | $ 0.00 | $ 57.13 |
| 000005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,611.10 | $ 0.00 | $ 187.84 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 26,672.78 | $ 0.00 | $ 3,109.87 |
| 000007 | George Street Place LLC<br>Gregory A. McCormick<br>Garfield & Merel, Ltd.<br>180 N. Stetson, Suite 1300<br>Chicago, IL 60601 | $ 31,109.59 | $ 0.00 | $ 3,627.18 |
| 000008 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 2,198.80 | $ 0.00 | $ 256.37 |
| 000009 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ 408.62 | $ 0.00 | $ 47.64 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 13,215.54 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (10/1/2010) (Page: 4)

NONE

Prepared By: /s/JOSEPH E. COHEN
                              TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Lori Shelton  
    Debtor

Case No. 10-56005-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cmendoza1     Page 1 of 2     Date Rcvd: Apr 23, 2014  
                Form ID: pdf006     Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2014.

```
db          +Lori Shelton,    405 Red Rock,    Lake Villa, IL 60046-7034
16569220    +American Express,    Box 0001,    Los Angeles, CA 90096-8000
18419061     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16569221   #+Baker & Miller,    29 N. Wacker Drive,    Chicago, IL 60606-3227
16569222    +Boardwalk,    PO Box 150,    Scottsdale, AZ 85252-0106
16569224   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    P.O. Box 85520,    Richmond, VA 23285)
16569226    +CHASE,    P.O. BOX 15298,    Wilmington, DE 19850-5298
16569225    +CHASE,    P.O. BOX 15153,    Wilmington, DE 19886-5153
16569228   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citi Business Card,    P.O. Box 688901,    Des Moines, IA 50368)
16569223   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: Cach LLC,    370 17th St,    Suite 5000,    Denver, CO 80202)
18393673    +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,TX 75374-0933
16569227    +Christopher Watts,    2630 Flossmoor Road,    Suite 201,    Flossmoor, IL 60422-1561
16569231   #+Frederick J. Hanna & Associates,    1427 Roswell Road,    Marietta, GA 30062-3668
16569232    +Garfield & Merel Ltd,    180 N. Stetson,    Suite 1300,    Chicago, IL 60601-6818
16569234    +George Street Place LLC,    Gregory A. McCormick,    Garfield & Merel, Ltd.,
              180 N. Stetson, Suite 1300,    Chicago, IL 60601-6818
18512016    +George Street Place, LLC,    1229 W. Randolph,    Chicago, IL 60607-1627
16569235   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC Best Buy,    PO Box 15519,    Wilmington, DE 19850)
16569237    +Louis Nuzzo d/b/a LGL Electric,    David A Brauer Esq,    165 West Tenth St,
              Chicago Heights IL 60411-2000
16569241    +MICHAEL D. FINE,    131 Dearborn Street,    5th Floor,    Chicago, IL 60603-5571
16569238    +Macy's DSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
16569239   #+Malnekoff Enterprises,    61 McMillen Road,    Antioch, IL 60002-1844
16569240    +McGrane, Perozzi, Stelter, et. al,    165 West Tenth Street,    Chicago Heights, IL 60411-2000
19932060     Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
16569242    +Sears Credit Card,    PO Box 6189,    Sioux Falls, SD 57117-6189
16569245   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 790408,    Saint Louis, MO 63179)
16569243    +United Collection Bureau,    5620 Southwyck Blvd.,    Toledo, OH 43614-1501
16569244    +United Mileage Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16569219     E-mail/Text: bkr@cardworks.com Apr 24 2014 00:44:06     Advanta Bank Corp,    PO Box 8088,
              Philadelphia, PA 19101
18392815     E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2014 00:48:33     Capital Recovery III LLC,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18342463     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2014 00:48:28
              Discover Bank, DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16569230    +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2014 00:48:28     Discover Card,
              P.O. Box 6103,    Carol Stream, IL 60197-6103
18519496     E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2014 00:50:23     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16569233    +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2014 00:49:34     GE MONEY BANK,    P.O. BOX 103104,
              Roswell, GA 30076-9104
16569236    +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 24 2014 00:44:34     Kohl's/Chase,
              N56W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
18531319     E-mail/Text: bnc-quantum@quantum3group.com Apr 24 2014 00:45:11
              Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
              Kirkland, WA  98083-0788
19932061     E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2014 00:50:23
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
18419062*    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16569229*  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citi Cards,    P.O. Box 688901,    Des Moines, IA 50368)
16569246  ##+WFNB,    PO Box 2974,    Mission, KS 66201-1374
                                                                                  TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2              Date Rcvd: Apr 23, 2014
                              Form ID: pdf006              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2014 at the address(es) listed below:
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen     on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen, Tr.   on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Michael J. Laird    on behalf of Debtor Lori  Shelton mikejlaird@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yan  Teytelman    on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 7
```