## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHELTON, LORI | § | Case No. 10-56005 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on                    . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp PO Box 8088 Philadelphia, PA 19101 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096 | | | | | |
| | Boardwalk PO Box 150 Scottsdale, AZ 85252 | | | | | |
| | CHASE P.O. BOX 15153 Wilmington, DE 19886 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE P.O. BOX 15153 Wilmington, DE 19886 | | | | | |
| | CHASE P.O. BOX 15153 Wilmington, DE 19886 | | | | | |
| | CHASE P.O. BOX 15153 Wilmington, DE 19886 | | | | | |
| | CHASE P.O. BOX 15298 Wilmington, DE 19850 | | | | | |
| | Capital One P.O. Box 85520 Richmond, VA 23285 | | | | | |
| | Citi Business Card P.O. Box 688901 Des Moines, IA 50368 | | | | | |
| | Citi Cards P.O. Box 688901 Des Moines, IA 50368 | | | | | |
| | Discover Card P.O. Box 6103 Carol Stream, IL 60197 | | | | | |
| | GE MONEY BANK P.O. BOX 103104 Roswell, GA 30076 | | | | | |
| | George Street Place LLC 1821 Gardner Road Broadview, IL 60153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Best Buy PO Box 15519 Wilmington, DE 19850 | | | | | |
| | Kohl's/Chase N56W17000 Ridgewood Drive Menomonee Falls, WI 53051 | | | | | |
| | Louis Nuzzo 24725 Derby Glen Lane Monee, IL 60449 | | | | | |
| | Macy's DSNB 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Malnekoff Enterprises 61 McMillen Road Antioch, IL 60002 | | | | | |
| | Sears Credit Card PO Box 6189 Sioux Falls, SD 57117 | | | | | |
| | US Bank P.O. Box 790408 Saint Louis, MO 63179 | | | | | |
| | United Collection Bureau 5620 Southwyck Blvd. Toledo, OH 43614 | | | | | |
| | United Mileage Chase Card Services PO Box 15153 Wilmington, DE 19886 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Mileage Chase Card Services PO Box 15153 Wilmington, DE 19886 | | | | | |
| | WFNB PO Box 2974 Mission, KS 66201 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000004 | CAPITAL ONE,N.A | | | | | |
| 000002 | DISCOVER BANK, DB SERVICING CORPORA | | | | | |
| 000007 | GEORGE STREET PLACE LLC | | | | | |
| 000001 | LOUIS NUZZO D/B/A LGL ELECTRIC | | | | | |
| 000003 | MIDLAND FUNDING LLC | | | | | |
| 000008 | MIDLAND FUNDING LLC | | | | | |
| 000009 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

| Case No: | 10-56005   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | SHELTON, LORI |
| For Period Ending: | 08/13/14 |

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 12/20/10 (f) |
| 341(a) Meeting Date: | 02/04/11 |
| Claims Bar Date: | 03/28/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. One Week Time share Unit No. 0508 Boardwalk Resort | 3,500.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash on Debtor | 25.00 | 0.00 | | 0.00 | 0.00 |
| 3. Chase Checking Account No. 1110017060027 | 275.00 | 0.00 | | 0.00 | 0.00 |
| 4. Misc. Household Goods and Furnishings no single it | 465.00 | 0.00 | | 0.00 | 0.00 |
| 5. Misc. Clothing No single item worth over $75.00 | 275.00 | 0.00 | | 0.00 | 0.00 |
| 6. JP Morgan Funds IRA Account No. 701170242 | 5,470.00 | 0.00 | | 0.00 | 0.00 |
| 7. 10 Shares of Darden | 20.00 | 0.00 | | 0.00 | 0.00 |
| 8. Debtor has filed amended returns for the years 200 | 30,000.00 | 0.00 | | 16,229.00 | 0.00 |
| 9. 1988 Crownline 250 VCC 22 Feet Five Inches 260 G E | 6,400.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.39 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $46,430.00 | $0.00 | | $16,231.39 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS COLLECTING INCOME TAX REFUND FROM DEBTOR.  TRUSTEE HAS COLLECTED THE REFUNDS.  TRUSTEE TO REVIEW PROOFS OF
CLAIM.  TRUSTEE TO START WORKING ON HIS FINAL REPORT - January 15, 2014.  TRUSTEE FILED TFR AND A DISTRIBUTION WAS MADE.
ALL CHECKS HAVE CLEARED THE BANK AND TRUSTEE FILING HIS TDR - August 13, 2014.

Initial Projected Date of Final Report (TFR): 11/30/12          Current Projected Date of Final Report (TFR): 04/30/14

FORM 2                                                                                                          Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                       Exhibit 9

| Case No: | 10-56005 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SHELTON, LORI | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2119 Checking Account |
| Taxpayer ID No: | *******0625 | | | |
| For Period Ending: | 08/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 15,989.17 | | 15,989.17 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.86 | 15,979.31 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.18 | 15,969.13 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.85 | 15,959.28 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.17 | 15,949.11 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.71 | 15,925.40 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 16.76 | 15,908.64 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.39 | 15,887.25 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.63 | 15,863.62 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.82 | 15,840.80 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.55 | 15,817.25 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.76 | 15,794.49 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.48 | 15,771.01 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.45 | 15,747.56 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.66 | 15,724.90 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.38 | 15,701.52 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.59 | 15,678.93 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.31 | 15,655.62 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.28 | 15,632.34 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.99 | 15,611.35 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 22.67 | 15,588.68 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 06/02/14 | 300003 | JOSEPH E. COHEN, Trustee | Trustee Compensation | 2100-000 | | 2,373.14 | 13,215.54 |

|  | | Page Subtotals | 15,989.17 | 2,773.63 |

FORM 2

Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-56005  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SHELTON, LORI | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2119  Checking Account |
| Taxpayer ID No: | *******0625 | | | |
| For Period Ending: | 08/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 West Madison Street Suite 1100 Chicago, IL 60602 | | | | | |
| 06/02/14 | 300004 | Louis Nuzzo d/b/a LGL Electric David A Brauer Esq 165 West Tenth St Chicago Heights IL 60411 | Claim 000001, Payment 11.65935% (1-1) Modifield Address 1/18/11 | 7100-000 | | 1,178.80 | 12,036.74 |
| 06/02/14 | 300005 | Discover Bank, DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000002, Payment 11.65934% | 7100-000 | | 2,023.46 | 10,013.28 |
| 06/02/14 | 300006 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Claim 000003, Payment 11.65935% (3-1) US BANK | 7100-000 | | 2,727.25 | 7,286.03 |
| 06/02/14 | 300007 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,TX 75374 | Claim 000004, Payment 11.65871% | 7100-000 | | 57.13 | 7,228.90 |
| 06/02/14 | 300008 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000005, Payment 11.65911% (5-1) CREDIT CARD DEBT | 7100-000 | | 187.84 | 7,041.06 |
| 06/02/14 | 300009 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 11.65934% (6-1) CREDIT CARD DEBT | 7100-000 | | 3,109.87 | 3,931.19 |
| 06/02/14 | 300010 | George Street Place LLC Gregory A. McCormick Garfield & Merel, Ltd. 180 N. Stetson, Suite 1300 | Claim 000007, Payment 11.65936% (7-1) Judgment for Breach of Commercial Lease (7-1) Modified to correct creditor's address (Modified | 7100-000 | | 3,627.18 | 304.01 |

Page Subtotals          0.00          12,911.53

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 18.00b

FORM 2                                                                                          Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| Case No: | 10-56005  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SHELTON, LORI | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2119  Checking Account |
| Taxpayer ID No: | *******0625 | | | |
| For Period Ending: | 08/13/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/02/14 | 300011 | Chicago, IL 60601<br>Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | on 2/22/2012)<br>Claim 000008, Payment 11.65954%<br>(8-1) LOWES CONSUMER or GEMB | 7100-000 | | 256.37 | 47.64 |
| 06/02/14 | 300012 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000009, Payment 11.65875%<br>(9-1) Unsecured Debt | 7100-000 | | 47.64 | 0.00 |

|  |  | COLUMN TOTALS | 15,989.17 | 15,989.17 | 0.00 |
|  |  | Less:  Bank Transfers/CD's | 15,989.17 | 0.00 | |
|  |  | Subtotal | 0.00 | 15,989.17 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 0.00 | 15,989.17 | |

Page Subtotals                    0.00            304.01

Ver: 18.00b

FORM 2                                                                                              Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-56005  -ABG | |
| Case Name: | SHELTON, LORI | |
| | | |
| Taxpayer ID No: | *******0625 | |
| For Period Ending: | 08/13/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1760  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/11 | 8 | UNITED STATES TREASURY | Tax refund | 1124-000 | 13,629.00 | | 13,629.00 |
| | | | Income tax refund | | | | |
| 03/08/11 | 8 | UNITED STATES TREASURY | Tax refund | 1124-000 | 2,600.00 | | 16,229.00 |
| | | | Income tax refund | | | | |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 7.91 | 16,221.09 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 16,221.19 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,221.32 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,221.46 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,221.59 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,221.72 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 16,221.87 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,222.00 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,222.14 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.67 | 16,201.47 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,201.60 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.97 | 16,181.63 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,181.76 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.95 | 16,161.81 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,161.95 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.20 | 16,140.75 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,140.88 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.18 | 16,121.70 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 13.56 | 16,108.14 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,108.27 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.81 | 16,088.46 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 16,088.60 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.44 | 16,068.16 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,068.30 |

| | | |
|---|---|---|
| Page Subtotals | 16,230.99 | 162.69 |

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2                                                                                    Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-56005  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SHELTON, LORI | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1760  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0625 | | | |
| For Period Ending: | 08/13/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.41 | 16,047.89 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,048.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.07 | 16,028.95 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,029.09 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.02 | 16,008.07 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 16,008.20 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 19.03 | 15,989.17 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 15,989.17 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 16,231.39 | 16,231.39 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 15,989.17 | |
| Subtotal | 16,231.39 | 242.22 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 16,231.39 | 242.22 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******2119 | 0.00 | 15,989.17 | 0.00 |
| Money Market Account (Interest Earn - ********1760 | 16,231.39 | 242.22 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 16,231.39 | 16,231.39 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.40          16,068.70

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*